UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Markem-Imaje Corporation

v.                                              Civil No. 09-cv-99-JL

Does 1-100

O R D E R

On July 13, 2009, the plaintiff was granted an extension of time to November 15, 2009 to file proof of service on defendants.  To date, no return of service has been filed.

It is herewith ordered, that either a return of service or motion to extend time be filed by November 24, 2009 or the case will be dismissed without prejudice.

SO ORDERED.

November  18, 2009
_____
Joseph N. Laplante
United States District Judge

cc:     Christopher Kaczmarek, Esq.