UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Markem-Imaje Corporation</u>

   v.          Civil No. 09-cv-99-JL

<u>Does 1-100</u>


<u>O R D E R</u>

On July 13, 2009, plaintiff filed a Motion to Extend Time to File Proof of Service on Defendants until November 15, 2009. As there was no filing on or before November 15, an order was issued on November 18, 2009 giving plaintiff until November 24, 2009, to file either a Motion to Extend Time or Return of Service. As the docket reflects no filing after my Order of November 18, the case is herewith ordered dismissed without prejudice.

  SO ORDERED.

November 25, 2009

               _____
               Joseph N. Laplante
               United States District Judge


cc:  Christopher Kaczmarek, Esq.